# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1350
Lower Tribunal No. 19-24318 CC
_____


**Kyle Melkonian,**
Appellant,

vs.

**The Office of Code Enforcement, etc.,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Kyle Melkonian, in proper person.

Geraldine Bonzon Keenan, Miami-Dade County Attorney, and Zach Vosseler, Assistant County Attorney, for appellee.


Before EMAS, GORDO and BOKOR, JJ.

BOKOR, J.

Based on Miami-Dade County's partial confession of error, we vacate the dismissal for lack of prosecution. The County argues that dismissal is nonetheless appropriate due to a failure to exhaust administrative remedies. Miami-Dade County includes in its appendix a circuit court appellate division opinion. See Melkonian v. Miami-Dade Cnty. Code Enf't, No. 2019-271 AP 01 (Fla. 11th Cir. Ct. Apr. 28, 2020). That opinion concludes by remanding the matter to the county court for proceedings consistent with that opinion. As the county court dismissed the matter for lack of prosecution and did not have the opportunity to comply with the mandate of the circuit court appellate division, we conclude that the more prudent course here would be to vacate the dismissal for lack of prosecution, and permit the county court to proceed as appropriate.

Reversed and remanded.